UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EUGENE BALL,

    Plaintiff,

v.                                                                                           CASE NO.: _____

SOUTHERN-OWNERS INSURANCE
COMPANY,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

To:    The Judges of the United States District Court
        Middle District of Florida

Defendant Southern-Owners Insurance Company gives notice of removal to this Court of the case styled *Eugene Ball v. Southern-Owners Insurance Company*, Case No. 2023-CA-001159CAAXES, filed in the Sixth Judicial Circuit in and for Pasco County, Florida. As grounds for this removal, Defendant states:

1. This is a personal injury action for underinsured motorist benefits, stemming from an accident on January 30, 2023 in unincorporated Pasco County, Florida. Plaintiff filed his Complaint on March 20, 2023 in the Sixth Judicial Circuit in and for Pasco County.

2. Southern-Owners Insurance Company was served with the Complaint on April 5, 2023.

3. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. Section 1332, because the parties are diverse and the amount in controversy is in excess of $75,000.

**THE PARTIES ARE DIVERSE.**

4. Plaintiff is a Florida citizen.

   a) The Florida traffic crash report for the subject accident shows Plaintiff lives in Florida; has a Florida driver's license; and owns a vehicle registered in Florida. Pertinent portions of the crash report are attached to this Notice as **Exhibit "A."**

   b) An Accurint report on Plaintiff shows Plaintiff lives in Florida; has a Florida driver's license; owns Florida real estate; and is registered to vote in Florida. A copy of the pertinent portions of the Accurint report are attached to this Notice as composite **Exhibit "B."**

   c) Plaintiff's Complaint states he is a Florida resident. (Com. ¶ 1)

5. Defendant is a Michigan citizen, as it is a Michigan corporation with its principal place of business in Michigan. A printout from the Florida Division of Corporations website is attached to this Notice as **Exhibit "C."**

**THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.**

6. The declaration pages for the applicable insurance policy, which is attached as an exhibit to Plaintiff's Complaint, show that the UM benefits are $100,000 per person / $300,000 per occurrence.

7. Plaintiff's Complaint alleges the accident resulted in permanent and continuing losses in the form of:

> Bodily injury, great physical pain and suffering, disability and inability and loss of capacity to lead and enjoy a normal life, inconvenience, physical impairment, disfigurement and scarring, mentail anguish, loss of dimunition of earnings or earning capacity, aggravation of an existing disease or physical defect, permanent injury within a reasonable degree of medical probability and medical and related expenses, past and future, incurred in seeking a cure for his injuries.

(Com. ¶ 18)

\* \* \*

8. Because this Court has original jurisdiction over this action pursuant to 28 U.S.C. Section 1332, this case is one that may be removed to this Court pursuant to 28 U.S.C. Section 1441.

9. A copy of the Complaint is attached to this Notice as **Exhibit "D."** A copy of Southern-Owners Insurance Company's Answer is attached to this Notice as **Exhibit "E."** The state court docket is attached to this Notice as **Exhibit "F."** Copies of all other process, pleadings, orders and papers or exhibits of every kind on file in the state court are attached to this Notice as composite **Exhibit "G."** 28 U.S.C. § 1446(a).28 U.S.C. § 1446(a). In addition to the docket, these items include the Civil Cover Sheet, Summonses, Plaintiff's Designation of Email Addresses,

Plaintiff's Notices of Serving Interrogatories, Standing Order, Notice of Filing Standing Order and Defendants' Notice of Appearance.

10. Pursuant to 28 U.S.C. Section 1446(b), this Notice of Removal has been filed timely and without waiver by Defendant. It has been less than one year since the commencement of this action on March 20, 2023, and fewer than 30 days since Defendant was served with the Complaint on April 5, 2023.

11. Venue properly rests in the Tampa Division of the United States District Court, Middle District of Florida, pursuant to 28 U.S.C. Section 1441(a) and Local Rule 1.02(3), because this action is being removed from the state court where it was originally filed in the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida.

**12.** Defendant will file with the Clerk of the Court for the Sixth Judicial Circuit in and for Pasco County, Florida a Notice of Filing Notice of Removal pursuant to 28 U.S.C. Section 1446(d), and will give written notice thereof to all adverse parties. A copy of said Notice is attached as **Exhibit "H."**

WHEREFORE, Defendant Southern-Owners Insurance Company respectfully requests this Court to assume jurisdiction of the above-described action now pending in the Sixth Judicial Circuit in and for Pasco County, Florida, pursuant to 28 U.S.C. Sections 1332 and 1441.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by e-mail attachment to Anissa K. Morris, Esq. and Charles Salvatore Spinner, Jr., Esq., Spinner Law Firm, P.A., 2418 Cypress Glen Drive, Wesley Chapel, FL 33544, courtfilings@spinnerlawfirm.com, amorris@spinnerlawfirm.com on this 2nd day of May, 2023.

s/ Michael L. Forte
MICHAEL L. FORTE
Florida Bar No.:  0592161
E-mail:  mforte@rumberger.com (primary),
docketingtpa@rumberger.com and
mfortesecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Tampa, Florida 33602-5853
Telephone:  813.223.4253

Attorneys for Defendant Southern-Owners Insurance Company

17887622.v1